This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO El Paso County District Court 4th JD |
| **Judge:** | Thomas Kelly Kane |
| **File & Serve Transaction ID:** | 35755676 |
| **Current Date:** | Feb 04, 2011 |
| **Case Number:** | 2010CV6628 |
| **Case Name:** | HARVEY, MATTHEW vs. STATE FARM MUTUAL AUTOMOBILE INSURANCE C et al |
| **Court Authorizer:** | Thomas Kelly Kane |

**/s/ Judge Thomas Kelly Kane**

| | |
|---|---|
| ![State of Colorado Seal] **GRANTED** The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order. | *[signature]* **Thomas K. Kane** **District Court Judge** DATE OF ORDER INDICATED ON ATTACHMENT |

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>270 South Tejon Street<br>P.O. Box 2980<br>Colorado Springs, CO 80901 | |
| Plaintiff:     MATTHEW HARVEY<br><br>v.<br><br>Defendant:   STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. | ▲   COURT USE ONLY   ▲ |
| Craig W. Cain, No. 15930<br>Jennifer L. White, No. 36466<br>CAIN & HAYTER, LLP<br>***Attorneys for Defendant State Farm Mutual Automobile Insurance Company***<br>1555 Quail Lake Loop, Suite 100<br>Colorado Springs, CO 80906<br>(719) 575-0010<br>(719) 575-0020 (Fax)<br>E-mail:       ccain@cainhayter.com<br>                    jwhite@cainhayter.com | Case Number: 10CV6628<br>Division: 3<br>Courtroom: |

**ORDER GRANTING DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S  
*UNOPPOSED* MOTION FOR ENLARGEMENT OF TIME TO FILE ITS DESIGNATION OF NON-PARTIES AT FAULT**

The Court having reviewed Defendant State Farm Mutual Automobile Insurance Company's *Unopposed* Motion for Enlargement of Time to Designate Non-Parties at Fault, and any response and reply thereto, and being fully advised in the premises, finds good cause to grant the Motion.

IT IS ORDERED Defendant State Farm Mutual Automobile Insurance Company shall file its Designation of Non-Parties at Fault on a date up to and including March 17, 2011. _____.

DONE this ___ day of _____, 2011.

_____  
DISTRICT COURT JUDGE