IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00467-LTB-KLM

MATTHEW HARVEY,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Plaintiff's Request to Reset Scheduling Conference** [Docket No. 12; Filed April 26, 2011] (the "Motion").  As a preliminary matter, the Motion is single-spaced and does not comply with D.C.COLO.LCivR 10.1E.  In addition, although the Motion appears to be unopposed, this status is not reflected in the Motion title as required by D.C.COLO.LCivR 7.1B.  Future motions which do not comply with the Local Rules will be summarily denied.

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Conference set for May 18, 2011 at 10:30 a.m. is **vacated** and **RESET** to **May 23, 2011 at 9:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **May 18, 2011**.

Parties shall submit a brief Confidential Settlement Statement to Mix_Chambers@cod.uscourts.gov. on or before **May 18, 2011**.  Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

Anyone seeking entry into the Byron G. Rogers United States Courthouse must show valid photo identification.  *See* D.C.COLO.LCivR 83.2(B).

Dated:  April 27, 2011