**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-00467-LTB-KLM

MATTHEW HARVEY,

       Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,

       Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK


    Plaintiff's Motion to Amend His Complaint (Unopposed) (Doc 26 - filed June 3, 2011) is **GRANTED**.  The tendered Amended Complaint is accepted for filing.


Dated:   June 6, 2011
___