IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00467-LTB-KLM

MATTHEW HARVEY,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and
JOHN WALLACE,

    Defendants.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on **Plaintiff's Motion for Confidentiality/Protective Order with Defendant, State Farm Mutual Automobile Insurance Co. [Unopposed]** [Docket No. 34; Filed September 27, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The proposed protective order is accepted with interlineations and entered contemporaneously with this Minute Order.

Dated: September 29, 2011