IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00467-LTB-KLM

MATTHEW HARVEY,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and
JOHN WALLACE,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Stipulated Motion to Modify Scheduling Order** [Docket No. 39; Filed September 30, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered May 23, 2011 [Docket No. 24] is modified as follows:

- Affirmative expert disclosures    **March 26, 2012**
- Rebuttal expert disclosures    **April 26, 2012**
- Discovery deadline    **June 4, 2012**
- Dispositive motion deadline    **July 5, 2012**

    **The Court will likely decline to grant any further requests for extension of time, absent exceptional cause and the rescheduling of the trial settings before the District Court.**

    Dated: October 3, 2011