IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00467-LTB-KLM

MATTHEW HARVEY,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and
JOHN WALLACE,

    Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Plaintiff's Motion for Confidentiality/Protective Order with Defendant, John C. Wallace [Unopposed]** [Docket No. 53; Filed March 14, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The proposed protective order is accepted and entered contemporaneously with this Minute Order.

Dated: March 16, 2012