IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 11-cv-00467-LTB-KLM

MATTHEW HARVEY

                Plaintiff

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. and JOHN WALLACE

                Defendant

**ORDER GRANTING STIPULATED MOTION TO DISMISS
COMMON LAW BAD FAITH CLAIMS WITH PREJUDICE**

      The Court, having reviewed the **Stipulated Motion to Dismiss Common Law Bad Faith Claims with Prejudice**, and any responses and replies thereto, and being fully advised in the premises, finds good cause to grant the Motion.

      IT IS HEREBY **ORDERED** that Plaintiff's common law bad faith claims against Defendant State Farm are DISMISSED WITH PREJUDICE, with each party to be responsible for their own attorneys' fees and costs incurred as a result of the prosecution/defense of those common law bad faith claims. **Plaintiff's Uninsured Motorist claim and his claims pursuant to C.R.S. sections 10-3-1115 and 10-3-1116 are still pending against Defendant State Farm.**

      DONE this   10th   day of    July   , 2012.


                                      s/Lewis T. Babcock
                                  United States District Court Judge