**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-00467-LTB-KLM

MATTHEW HARVEY,

       Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., and
JOHN WALLACE,

       Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 91 - filed August 30, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant State Farm Mutual Automobile Insurance Co.,** each party to pay their own fees and costs.

                                     BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:  August 31, 2012

1