IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 11-cv-00467-LTB-KLM

MATTHEW HARVEY,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., and
JOHN WALLACE,

    Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 91 - filed August 30, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant State Farm Mutual Automobile Insurance Co.,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED:  August 31, 2012